UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PUMPKIN INVESTMENTS, LLC

                                Plaintiff,

-v-

XL INSURANCE AMERICA, INC., ET AL.,

                                Defendants.

24 Civ. 1024 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's motion to remand, as well as plaintiff's opposition to defendants' motion to dismiss, which incorporates arguments on the remand issue. Dkts. 14, 19. Through this Court's order dated February 20, 2024, the Court set a briefing schedule for the pending motion to dismiss whereby defendants' reply, if any, is due March 26, 2024. Dkt. 10. Accordingly, defendants' response to the motion for remand will also be due March 26, 2024. Plaintiff's reply, if any, is due April 2, 2024. The Court will thereafter promptly consider all pending motions.

    SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                                    PAUL A. ENGELMAYER
                                                                    United States District Judge

Dated: March 14, 2024
       New York, New York